1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  GINA TOMASELLI, CSBN 267090
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 268-5602
       Facsimile: (415) 744-0134
7      E-Mail: Gina.Tomaselli@ssa.gov
8      Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| NANCY JONES, ) | |
| ) | Case No. 2:18-CV-01863-EFB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between Nancy Jones (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is February 1, 2019. The new date will be March 4, 2019. This is the first extension of time requested by Defendant in the above-captioned matter. Defendant respectful requests this extension because the attorney responsible for briefing this case recently returned from extended medical leave and was reassigned this case from another attorney.

| | |
|---|---|
| 1 | This request is made in good faith with no intention to unduly delay the proceedings.  The parties |
| 2 | further stipulate that the Court's Scheduling Order shall be modified accordingly. |

                                                Respectfully submitted,

Date: January 29, 2019                    By: */s/ Lindsay F. Osterhout* *
                                                LINDSAY F. OSTERHOUT
                                                Attorney for Plaintiff
                                                (*As authorized by e-mail on January 29, 2019)

Date: January 29, 2019                    MCGREGOR W. SCOTT
                                                United States Attorney

                                                */s/ Gina Tomaselli*
                                                GINA TOMASELLI
                                                Special Assistant United States Attorney

                                                Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE MARCH 4, 2019.

DATED:  February 4, 2019.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE