MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| NANCY JONES, | Case No.: 2:18-cv-01863-EFB |
|     Plaintiff, | STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |
|     vs. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant | |

    Plaintiff Nancy Jones and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings.

    On remand, the administrative law judge (ALJ) will re-evaluate the medical opinions and explain which aspects of those opinions, if any, the ALJ rejects or accepts.

/////

1

Respectfully submitted,

Date: February 27, 2019                    By:    *Lindsay F. Osterhout* *
                                                  LINDSAY F. OSTERHOUT
                                                  Attorney for Plaintiff
                                                  (*by email authorization on 2/27/19)


Date: February 27, 2019                           MCGREGOR W. SCOTT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Chief Counsel, Region IX

                                           By:    */s/ Gina Tomaselli*
                                                  GINA TOMASELLI
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant


IT IS SO ORDERED.

DATE:  February 28, 2019.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE