David Allen, Esq.
CA Bar ID No.: 87193
David Allen & Associates
5230 Folsom Blvd
Sacramento, CA 95819
Tel: 916-455-4800
Fax: 916-451-5687
dallen@davidallenlaw.com

Lindsay F. Osterhout, Esq. (PHV)
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Tel: 412-794-8003 ext 402
Fax: 412-794-8050
lindsay@mydisabilityattorney.com

Attorneys for Plaintiff, Nancy Jones

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NANCY JONES, | Case No. 2:18-CV-1863-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND, EIGHT HUNDRED DOLLARS and 00/100 ($6,800.00) under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Lindsay F. Osterhout.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND, EIGHT HUNDRED DOLLARS and 00/100 ($6,800.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Lindsay F. Osterhout, Esq., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: May 9, 2019 | | /s/ *Lindsay F. Osterhout* |
| | | LINDSAY F. OSTERHOUT |
| | | Attorney for Plaintiff |
| Dated: May 14, 2019 | | MCGREGOR W. SCOTT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | */s/ Gina Tomaselli\** |
| | | GINA TOMASELLI |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |
| | | (\*Permission to use electronic signature obtained via email on May 14, 2019). |

SO ORDERED.

DATED: May 16, 2019.

_____
HON. EDMUND BRENNAN
United States Magistrate Judge